No. 430.   ATKINSON ET AL. *v.* SINCLAIR REFINING CO.; and

No. 434.   SINCLAIR REFINING CO. *v.* ATKINSON ET AL. C. A. 7th Cir.   Certiorari granted.   *William E. Rentfro* for petitioners in No. 430 and respondents in No. 434. *George B. Christensen* for petitioner in No. 434 and respondent in No. 430.   Reported below: 290 F. 2d 312.

No. 493.   ENOCHS, DISTRICT DIRECTOR OF INTERNAL REVENUE, *v.* WILLIAMS PACKING & NAVIGATION CO., INC. C. A. 5th Cir.   Certiorari granted.   *Solicitor General Cox, Acting Assistant Attorney General Jones, Meyer Rothwacks* and *George F. Lynch* for petitioner.   *W. E. Morse* and *George E. Morse* for respondent.

No. 549, Misc.   PORTER *v.* AETNA CASUALTY & SURETY CO.   Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. Case transferred to appellate docket.   *Ethelbert B. Frey* for petitioner.   *John L. Laskey* for respondent.   *Solicitor General Cox* and *Assistant Attorney General Orrick* filed a memorandum for the United States, as *amicus curiae*, in support of the petition.

No. 492.   ADELMAN ET AL. *v.* ST. LOUIS FIRE & MARINE INSURANCE CO.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Mark P. Friedlander* and *Charles Walker* for petitioners.   *Andrew D. Sharpe* for respondent.